| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 2:14CR00447-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 3:25-cr-00114 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Lori Hilbourn<br>185 Indian Run Road<br>New Ringgold, PA 17960 | Eastern District of Pennsylvania | |
| | NAME OF SENTENCING JUDGE<br>Jeffrey L. Schmehl, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE — FROM 01/24/2025 — TO 01/23/2040 | |

**OFFENSE**

18:2251(a)(e) Using or inducing a child to pose for child pornography images (Counts One and Two).
18:2252(a)(2) Distribution of child pornography (Count Three).
18:2252(a)(4) Possession of child pornography (Count Six).

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Ms. Hilbourn has been residing in the Middle District of PA with no intentions of returning to EDPA.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **EASTERN** DISTRICT OF **PENNSYLVANIA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Middle District of PA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/10/2025
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **MIDDLE** DISTRICT OF **PENNSYLVANIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/21/25
*Effective Date*

*United States District Judge*